**UNITED STATES BANKRUPTCY COURT**
Eastern District of California, Fresno Division

In re )
**Catuira Home Inc, a California Corpoarat** )
)    Case No.
)
Debtor(s). )
_____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **February 6, 2018**           /s/
                                      Debtor's Signature

DATED:_____        _____
                                      Joint Debtor's (if any) Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA  95814

**Modesto Division**
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA  95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 7/15/14)

```
department of Industrial Relations Labor
770 E Shaw Ave Ste 222
Fresno, CA  93710-7708
```