# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re<br>CATUIRA HOME INC, a California Corporation DBA Catuira Home II<br>Debtor(s). | Bankruptcy Case No. *(If known)*:<br>2018-10394 |
|---|---|

*The following additional information is required when filing this form in an adversary proceeding.*

| v.<br><br>Plaintiff(s),<br><br>Defendant(s). | Adversary Proceeding No. *(If known)*: |
|---|---|

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

CATUIRA HOME INC, A CALIFORNIA CORPORATION DBA CA
*[Insert name of corporate debtor/party]*

**Check one:** ☒ DEBTOR    ☐ PLAINTIFF    ☐ DEFENDANT    ☐ OTHER *(specify):* _____

**Instructions:** Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check **one** of the statements set forth below and provide any information as directed.

☒ **1.** The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest:

    Name: RONALD J NORMAN
    Address: 712 FILBERT AVE CLOVIS, CA 93611

    Name: _____
    Address: _____

    Name: _____
    Address: _____

    Name: _____
    Address: _____

*(For additional names, attach an addendum to this form.)*

☒ **2.** There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/13/2018

Signature of Authorized Individual for Corporate Debtor/Party

Ronald Norman
Printed Name of Authorized Individual for Corporate Debtor/Party

President
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2012)