**25**

TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In the Matter of | ) Case No. 18-10394-B-7 |
| | ) |
| | ) Chapter 7 |
| | ) |
| CATUIRA HOME, INC. a | ) DC#: TMT-1 |
| California corporation, | ) |
| | ) Date: March 22, 2018 |
| | ) Time: 9:30 a.m. |
| Debtor(s). | ) Dept.: B, Courtroom 13, |
| | ) Fresno |
| | ) Honorable Rene Lastreto, II |

**EXHIBIT IN SUPPORT OF TRUSTEE'S EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME FOR NOTICE AND HEARING**

1.     **Exhibit 1** is a true and correct copy of Debtor's Petition. (Page 3)

2.     **Exhibit 2** is a true and correct copy of the Statement Regarding Ownership of Corporate Debtor. (Page 7)

3.     **Exhibit 3** is a true and correct copy of a listing for the Debtor on AgingCare.com.(Page 8)

4.     **Exhibit 4** is a true and correct copy of the letter I received from Wells Fargo Bank regarding the Debtor. (Page 10)

5.     **Exhibit 5** is a true and correct copy of Debtor's Declaration concerning the schedules. (Page 11)

1

6.    **Exhibit 6** is a true and correct copy of Debtor's Declaration concerning the Statement of Affairs. (Page 12)

7.    **Exhibit 7** is a true and correct copy of Debtor's Schedule A/B. (Page 13)

8.    **Exhibit 8** is a true and correct copy of the relevant portions of Debtor's Statement of Financial Affairs. (Page 16)

9.    **Exhibit 9** is a true and correct copy of the results of my search for the Debtor on the Secretary of State's Business Search Website. (Page 19)

10.   **Exhibit 10** is a true and correct copy of one of the Orders obtained by the California Department of Industrial Relations. (Page 24)

2

Filed 03/14/18
Filed 02/06/18

Case 18-10394
Case 18-10394

Doc 20
Doc 1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Catuira Home Inc, a California Corpoarat** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **01-0564802** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **PO Box 1865**<br>**Clovis, CA 93613-1865**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fresno**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**BUSINESS CLOSED THERE IS NO ADDRESS**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Exhibit __1__ Page __3__ of __25__

| Debtor | __Catuira Home Inc, a California Corpoarat__ | | Case number (*if known*) _____ |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

**A.** *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

**B.** *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☑ No
- ☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Exhibit  1   Page  4   of  25

Filed 03/14/18

Filed 02/06/18

Case 18-10394

Case 18-10394

Doc 20

Doc 1

| Debtor | Catuira Home Inc, a California Corpoarat | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No

- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    - ☐ It needs to be physically secured or protected from the weather.

    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    - ☐ Other _____

    **Where is the property?** _____

    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No

    - ☐ Yes.    Insurance agency    _____

        Contact name    _____

        Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.

- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999

- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000

- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Exhibit    1    Page    5    of    25

| Debtor | Catuira Home Inc, a California Corpoarat | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2018**
                MM / DD / YYYY

**X** /s/
_____       _____
Signature of authorized representative of debtor      Printed name

Title    _____

**18. Signature of attorney**

**X** /s/ Layne Hayden              Date   **February  6, 2018**
Signature of attorney for debtor                 MM / DD / YYYY

**Layne Hayden**
Printed name

**Layne Hayden**
Firm name

**3805 N West Ave**
**Fresno, CA 93705-2704**
Number, Street, City, State & ZIP Code

Contact phone    _____    Email address    **laynehayden@yahoo.com**

**230478 CAE**
Bar number and State

Filed 03/14/18

Filed 02/13/18

Case 18-10394

Case 18-10394

Doc 20

Doc 9

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re<br><br>CATUIRA HOME INC, a California Corporation DBA Catuira Home II<br><br>Debtor(s). | Bankruptcy Case No. *(if known)* :<br><br>2018-10394 |
|---|---|

*The following additional information is required when filing this form in an adversary proceeding.*

| v.<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | Adversary Proceeding No. *(if known)* : |
|---|---|

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

CATUIRA HOME INC, A CALIFORNIA CORPORATION DBA CA̲
*[insert name of corporate debtor/party]*

**Check one:**   ☒ DEBTOR    ☐ PLAINTIFF    ☐ DEFENDANT    ☐ OTHER *(specify)*: _____

*Instructions: Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check __one__ of the statements set forth below and provide any information as directed.*

☒ **1.** **The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest:**

Name:  RONALD J NORMAN
Address: 712 FILBERT AVE CLOVIS, CA 93611

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

*(For additional names, attach an addendum to this form.)*

☒ **2.** **There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct

Dated: 2/13/2018

_____
Signature of Authorized Individual for Corporate Debtor/Party

Ronald Norman
_____
Printed Name of Authorized Individual for Corporate Debtor/Party

President
_____
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2012)

Exhibit 2 Page 7 of 25

# Catuira Home

712 Filbert Avenue, Clovis, CA 93611  |  (888) 848-5698

☆☆☆☆☆  Write a review (/local/reviews/492940-2)



**$ GET PRICING**

**▦ CHECK AVAILABILITY**

**▭ PAYMENT OPTIONS**

See other Assisted Living
Community in Clovis, CA
(/local/assisted-living/clovis-
ca)

## About Catuira Home

Catuira Home is an assisted living facility located in Clovis, CA 93611.
Assisted living facilities provide care to people who require assistance
with activities of daily living. This care setting provides an intermediate



Exhibit 3  Page 8 of 25

level of care for residents who cannot safely live independently, but do not yet need around-the-clock skilled nursing services like those provided in a nursing home.

Exhibit 3 Page 9 of 25





**WELLS FARGO**

Deposits Bankruptcy Department
P. O. Box 3908
Portland, OR 97208-3908

February 9, 2018

*U. S. Mail*

TRUDI MANFREDO, Chapter 7 Trustee
377 W. FALLBROOK AVE., SUITE 102
FRESNO, CA 93711

Subject: Instructions needed for bankruptcy estate funds for CATUIRA HOME INC, A CALIFORNIA CORPOARAT
Bankruptcy Case No. 18-10394

Dear TRUDI MANFREDO:

Wells Fargo Bank, N.A. received notification of the bankruptcy petition for CATUIRA HOME INC, A CALIFORNIA CORPOARAT. Sections 541 and 542 of the Bankruptcy Code require us to act in good faith to preserve the estate funds and to follow your direction with regard to property of the estate.

**What you need to know**

- CATUIRA HOME INC, A CALIFORNIA CORPOARAT has 2 Wells Fargo accounts, with combined current balances of $4,029.07, which may be subject to change. The balance in the accounts has become property of the bankruptcy estate (known as the "estate funds"). The estate funds are now in bankruptcy status, which means the funds are payable only to you or upon your order.

**What you need to do**

- Please complete and sign the Request for Trustee Instructions form attached, and fax it to us at 866-617-5299.

If you have any questions, please call us at 503-721-5300, Monday through Friday, 8:30 a.m. to 5:00 p.m. Pacific Time.

Thank you.

Sincerely,

Luana Tafoya
Operations Manager
Deposits Bankruptcy Department

Enclosure



Exhibit 4 Page 10 of 25



| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Catuira Home Inc, a California Corpoarat** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### █ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 6, 2018**     X /s/

                                    Signature of individual signing on behalf of debtor

                                    Printed name

                                    Position or relationship to debtor



Debtor    **Catuira Home Inc, a California Corpoarat** _____    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 6, 2018** _____

**/s/** _____     _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Exhibit 6 Page 12 of 25

Filed 03/14/18
Filed 02/06/18

Case 18-10394
Case 18-10394

Doc 20
Doc 1

**Fill in this information to identify the case:**

Debtor name **Catuira Home Inc, a California Corpoarat**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**Part 2:          Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:          Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:          Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:          Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:          Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Exhibit 7 Page 13 of 25

Debtor   **Catuira Home Inc, a California Corpoarat**     Case number *(If known)* _____
         Name

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Exhibit 7 Page 14 of 25

| Debtor | __Catuira Home Inc, a California Corpoarat__ | Case number *(if known)* | _____ |
|--------|------------------------------|---------|---------|
|        | Name |  |  |

**Part 12:  Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

 

Exhibit 7 Page 15 of 25

**Fill in this information to identify the case:**

Debtor name **Catuira Home Inc, a California Corpoarat**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | $0.00 |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other   0 | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their

 

Exhibit 8 Page 16 of 25

| Debtor | **Catuira Home Inc, a California Corpoarat** | Case number *(if known)* | |

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | | If any books of account and records are unavailable,<br>explain why |
| --- | --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Exhibit  8  Page  17  of  25

Debtor   **Catuira Home Inc, a California Corpoarat**      Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 6, 2018**

*/s/* _____      _____

Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No

☐ Yes



Exhibit 8 Page 18 of 25



**Alex Padilla**
**California Secretary of State**

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, March 8, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3974495    CATUIRA HOME INC

| | |
|---|---|
| Registration Date: | 01/04/2017 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | PAUL BRAR |
| | 567 W SHAW AVE STE A-1 |
| | FRESNO CA 93704 |
| Entity Address: | 712 FILBERT AVE |
| | CLOVIS CA 93611 |
| Entity Mailing Address: | 712 FILBERT AVE |
| | CLOVIS CA 93611 |

A Statement of Information is due EVERY year beginning five months before and through the end of January.

| Document Type ⭥ | File Date ⭥ | PDF |
|---|---|---|
| SI-COMPLETE | 11/13/2017 | |
| SI-COMPLETE | 01/19/2017 | |
| REGISTRATION | 01/04/2017 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, status copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.



Exhibit 9 Page 19 of 25

**Modify Search**    **New Search**    **Back to Search Results**





# State of California
## Secretary of State

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

**FS29021**

# FILED

In the office of the Secretary of State
of the State of California

## NOV-13 2017

*This Space for Filing Use Only*

---

**1. CORPORATE NAME**

CATUIRA HOME INC

**2. CALIFORNIA CORPORATE NUMBER**

C3974495

---

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

**3.** If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

---

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| **4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE**<br>712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY**<br>712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4**<br>712 FILBERT AVE, CLOVIS, CA 93611 | | | |

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form may not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **7. CHIEF EXECUTIVE OFFICER/**<br>EDWIN B CATUIRA | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **8. SECRETARY**<br>DIANNE RECENO | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **9. CHIEF FINANCIAL OFFICER/**<br>DIANNE RECENO | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |

---

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **10. NAME**<br>EDWIN B CATUIRA | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **11. NAME**<br>DIANNE RECENO | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **12. NAME**<br>SARA G RECENO | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |

**13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

---

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

**14. NAME OF AGENT FOR SERVICE OF PROCESS**

PAUL BRAR

| **15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 567 W SHAW AVE STE A-1, FRESNO, CA 93704 | | | |

---

**Type of Business**

**16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**

NURSING HOME

---

**17.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 11/13/2017 | PAUL BRAR | AGENT | |

SI-200 (REV 01/2013)          Page 1 of 1          APPROVED BY SECRETARY OF STATE

Exhibit 9    Page 21 of 25



# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**FJ23969**

# FILED

In the office of the Secretary of State
of the State of California

**JAN-19 2017**

This Space for Filing Use Only

**1. CORPORATE NAME**
CATUIRA HOME INC

**2. CALIFORNIA CORPORATE NUMBER**
C3974495

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

**3.** If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| **4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE**<br>712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY**<br>712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4**<br>712 FILBERT AVE, CLOVIS, CA 93611 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form may not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **7. CHIEF EXECUTIVE OFFICER/**<br>EDWIN CATUIRA | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **8. SECRETARY**<br>MARIA CATUIRA | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **9. CHIEF FINANCIAL OFFICER/**<br>EDWIN CATUIRA | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **10. NAME**<br>MARIA CATUIRA | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **11. NAME**<br>EDWIN CATUIRA | 712 FILBERT AVE, CLOVIS, CA 93611 | | | |
| **12. NAME** | ADDRESS | CITY | STATE | ZIP CODE |

**13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

**14. NAME OF AGENT FOR SERVICE OF PROCESS**
PAUL BRAR

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| **15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL**<br>567 W SHAW AVE, STE A-1, FRESNO, CA 93704 | | | |

**Type of Business**

**16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**
NURSING HOME

**17.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/19/2017 | PAUL BRAR | AGENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)　　　　Page 1 of 1　　　　APPROVED BY SECRETARY OF STATE

Exhibit 9 Page 22 of 25



| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

**JAN 0 4 2017**

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name**  (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is   CATUIRA HOME INC

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a.  PAUL BRAR
*Agent's Name*

b.  567 W SHAW AVE, STE A-1          FRESNO          CA 93704
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

**Corporate Addresses**

④ a.  712 FILBERT AVE          CLOVIS          CA          93611
*Initial Street Address of Corporation - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

b.  712 FILBERT AVE          CLOVIS          CA          93611
*Initial Mailing Address of Corporation, if different from 4a*   *City (no abbreviations)*   *State*   *Zip*

**Shares**  (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is _____ 10000

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _____          Nadeen Jahn
*Incorporator - Sign here*          *Print your name here*

| Make check/money order payable to: Secretary of State | By Mail | Drop-Off |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be



| STATE OF CALIFORNIA<br>Department of Industrial Relations<br>Labor Commissioner's Office<br>770 E Shaw Ave Ste 222<br>Fresno, CA 93710<br>Tel: (559) 244-5340  Fax: (559) 248-8415 | For Court Use Only: |
|---|---|
| Plaintiff:<br>Jennifer Jeffrey, | Court Number: |
| Defendant:<br>CATUIRA HOME INC, a California Corporation DBA Catuira Home II | |
| Case No.: WC-CM-157250 | ORDER, DECISION OR AWARD OF THE LABOR COMMISSIONER |

1. The above-entitled matter came on for hearing before the Labor Commissioner of the State of California as follows:

   **DATE: July 18, 2017**        **CITY: 770 E Shaw Ave, Ste 222, Fresno, CA 93710**

2. IT IS ORDERED THAT: Plaintiff recover from Defendant:

| | Balance Due to Employee(s) | Interest Balance Due | Line Total |
|---|---|---|---|
| OVERTIME WAGES | $120,030.08 | $13,910.34 | $133,940.42 |
| LIQUIDATED DAMAGES | $54,832.00 | $6,354.50 | $61,186.50 |
| WAITING TIME PENALTIES | $12,825.60 | $0.00 | $12,825.60 |
| Totals | $187,687.68 | $20,264.84 | $207,952.52 |

3. The herein Order, Decision or Award is based upon the Findings of Fact, Legal Analysis and Conclusions attached hereto and incorporated herein by reference.

4. The parties herein are notified and advised that this Order, Decision or Award of the Labor Commissioner shall become final and enforceable as a judgment in a court of law unless either or both parties exercise their right to appeal to the appropriate court* within ten (10) days of service of this document. Service of this document can be accomplished either by first class mail or by personal delivery and is effective upon mailing or at the time of personal delivery. If service on the parties is made by mail, the ten (10) day appeal period shall be extended by five (5) days. For parties served outside of California, the period of extension is longer (See Code of Civil Procedure Section 1013). In case of appeal, the necessary filing fee must be paid by the appellant and appellant must, immediately upon filing an appeal with the appropriate court, serve a copy of the appeal request upon the Labor Commissioner. If an appeal is filed by a corporation, a non-lawyer agent of the corporation may file the Notice of Appeal with the appropriate court, but the corporation must be represented in any subsequent trial by an attorney, licensed to practice in the State of California. Labor Code Section 98.2(c) provides that if the party seeking review by filing an appeal to the court is unsuccessful in such appeal, the court shall determine the costs and reasonable attorney's fees incurred by the other party to the appeal and assess such amount as a cost upon the party filing the appeal. An employee is successful if the court awards an amount greater than zero. **PLEASE TAKE NOTICE:** Labor Code Section 98.2(b) requires that as a condition to filing an appeal of an Order, Decision or Award of the Labor Commissioner, the employer shall first post a bond or undertaking with the court in the amount of the ODA; and the employer shall provide written notice to the other parties and the Labor Commissioner of the posting of the undertaking. Labor Code Section 98.2(b) also requires the undertaking contain other specific conditions for distribution under the bond. While this claim is before the Labor Commissioner, you are required to notify the Labor Commissioner *in writing* of any changes in your business or personal address within 10 days after change occurs.

Notice Date: July 28, 2017

By _____
   Beau Moore, Hearing Officer

*Superior Court of California, County of Fresno -
Downtown Courthouse
1100 Van Ness Avenue Suite 400
Fresno, CA 93724-0002

State of California
Department of Industrial Relations
DIVISION OF LABOR STANDARDS ENFORCEMENT

**CERTIFICATION OF SERVICE BY MAIL
(C.C.P. 1013A) OR CERTIFIED MAIL**

I, Adrienne Carnero, do hereby certify that I am a resident of or employed in the County of Fresno, over 18 years of age, not a party to the within action, and that I am employed at and my business address is:

**LABOR COMMISSIONER, STATE OF CALIFORNIA**
770 E Shaw Ave Ste. 222
Fresno, CA 93710
Tel: (559) 244-5340   Fax: (559) 248-8415

I am readily familiar with the business practice of my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 25, 2017, at my place of business, a copy of the **following documents(s):**

**Order, Decision or Award, Notice of Payment Due & Appeal Bond Requirement**

was(were) placed for deposit in the United States Postal Service in a sealed envelope, by First Class with postage fully prepaid, addressed to:

NOTICE TO:

| | Service Address | Additional Service Address(es) |
|---|---|---|
| CATUIRA HOME INC, a California Corporation DBA Catuira Home II | 2478 Hanson Avenue Clovis, CA 93611 | |
| Paul Brar, Agent for Service for Catuira Home Inc. | 567 W. Shaw Avenue, Ste. A-1 Fresno, CA 93704 | |

and that envelope was placed for collection and mailing on that date following ordinary business practices.

*I certify under penalty of perjury that the foregoing is true and correct.*

Executed on August 25, 2017 at Fresno WCA, California.

STATE CASE NUMBER: WC-CM-157250

*Adrienne Carnero*
Adrienne Carnero

Exhibit 10 Page 25 of 25